No. 84–6499. THOMPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 84–6511. MOSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 84–6518. PARSONS v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 84–6519. PEPPER v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 84–6523. LORICK ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 84–6539. WALKER v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–6549. McELVEEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–6565. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–6570. BLYTHER v. DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. 

No. 84–1190. WELLS v. ROCKEFELLER ET AL. C. A. 3d Cir. Motion of respondents for award of damages denied. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion and this petition. 

No. 84–1207. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. v. DOBY. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. 

No. 84–1223. DAVIS, WARDEN v. STOKES. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. 

No. 84–1234. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. HALL. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.